# Exhibit ARC-A

| From: | Beynon, Rebecca A. |
|---|---|
| To: | "Dan Drosman"; Darren Robbins; Dowd, Michael; Debra Wyman; Jessica Shinnefield; Ashley Price; Jennifer Caringal; Angel Lau; Sam Rudman; Robert Rothman; Blair Nicholas; Jonathan Uslaner; David Kaplan; Mark Lebovitch; Lawrence M. Rolnick; Marc B. Kramer; Thomas E. Redburn Jr; Michael J. Hampson; Robert Harwood; Samuel Rosen; Benjamin Sachs-Michaels |
| Cc: | Figel, Reid M.; Goldsmith, Andrew E.; Oppenheimer, Bradley E.; Fording, Grace A. |
| Subject: | RE: Plaintiffs" RFPs to AR Capital defendants |
| Date: | Monday, October 10, 2016 4:52:54 PM |
| Attachments: | 2016 10 10 ARC DEFENDANTS SEARCH TERMS - CONFIDENTIAL.XLSX |

Dear Dan:

Thank you for your e-mail. It is our current understanding that, in connection with ARCP's transition to self-management on January 8, 2014, AR Capital and/or ARC Advisors transferred copies of the historical email archives of ARCP employees to ARCP. As a result, we believe that ARCP is most appropriately positioned to produce emails of ARCP employees, including those of Mr. Kay and Mss. Beeson and McAlister, and it would be unreasonable and unduly burdensome to require AR Capital and ARC Advisors to undertake a duplicative production of these individuals' emails or that of any other ARCP employee. We reserve all rights in this regard.

With regard to your question about employees' titles and reporting structures, based on the allegations in the complaints, we believe that most of the proposed custodians are individuals with whom you should already be familiar. However, as a professional courtesy we provide the information below, which reflects titles/functions held by these employees for at least part of the class period.

Brian Block: CFO of ARCP
Scott Bowman: Director of ARCP
Peter Budko: CIO of ARCP
Brian Jones: COO of ARCP
William Kahane: Director of ARCP
Susan Manning: Accounting functions for ARCP
Nicholas Schorsch: Executive Chairman of ARCP
Sathana Semonsky: Accounting functions for ARCP
Edward Weil: Director of ARCP

Our investigation is on-going, and we reserve all rights to correct or amend the foregoing information. In addition, we reserve all rights with respect to our objections and responses to the document requests served by Plaintiffs that we will serve pursuant to the Federal Rules of Civil Procedure. In the interests of proceeding in a timely manner with our clients' document production work, we attach search terms that we presently intend to use to identify potentially responsive documents, from the files of the above-referenced custodians, for Request Nos. 6-8, 10-12, 16-18, 20-21, and 27. The date range over which we will search is July 1, 2011, through March 31, 2015. We ask that you do not share this information outside your firms/vendors. To the extent that we determine any modification to these terms is needed, we will advise you. We are working with our vendor to process the data, which will including global de-duplication and email threading software to exclude from production non-inclusive emails within strings to aid in culling duplicative or repetitive email communications from the collection.

To the extent you would like to discuss any of the foregoing, we are available to do so on tomorrow (October 11) or Wednesday (October 12) after 1:30 pm ET.

Best regards,

Rebecca

---

**From:** Dan Drosman [mailto:DanD@rgrdlaw.com]
**Sent:** Thursday, October 06, 2016 6:48 PM
**To:** Goldsmith, Andrew E. <agoldsmith@khhte.com>; Darren Robbins <DarrenR@rgrdlaw.com>; Dowd, Michael <miked@rgrdlaw.com>; Debra Wyman <DebraW@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Ashley Price <APrice@rgrdlaw.com>; Jennifer Caringal <JCaringal@rgrdlaw.com>; Angel Lau <ALau@rgrdlaw.com>; Sam Rudman <srudman@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Blair Nicholas <Blairn@blbglaw.Com>; Jonathan Uslaner <Jonathanu@blbglaw.Com>; David Kaplan <Davidk@blbglaw.Com>; Mark Lebovitch <MarkL@blbglaw.com>; Lawrence M. Rolnick <Lrolnick@lowenstein.Com>; Marc B. Kramer <mkramer@lowenstein.com>; Thomas E. Redburn Jr <tredburn@lowenstein.com>; Michael J. Hampson <Mhampson@lowenstein.Com>; Robert Harwood <Rharwood@hfesq.Com>; Samuel Rosen <srosen@hfesq.Com>; Benjamin Sachs-Michaels <Bsachsmichaels@hfesq.Com>
**Cc:** Beynon, Rebecca A. <rbeynon@khhte.com>; Oppenheimer, Bradley E. <boppenheimer@khhte.com>
**Subject:** RE: Plaintiffs' RFPs to AR Capital defendants

Andy,

In order to determine whether the list of custodians identified below is sufficiently comprehensive, plaintiffs need additional information. Please let us know the following as soon as possible:

1) As we discussed on yesterday's call, AR Capital is the custodian of a substantial quantity of ARCP's documents. What is the scope and date range of the ARCP documents in AR Capital's possession, custody or control and how are those documents stored?

2) Please provide us information relating to the names, titles, responsibilities and reporting structure of the people who worked at AR Capital and ARCP.

3) Why are certain obviously relevant custodians, such as Kay, Beeson and McAllister, omitted from your list?

Best,

Dan

---

**From:** Goldsmith, Andrew E. [mailto:agoldsmith@khhte.com]
**Sent:** Wednesday, October 05, 2016 11:18 AM
**To:** Dan Drosman; Darren Robbins; Mike Dowd; Debra Wyman; Jessica Shinnefield; Ashley Price; Jennifer Caringal; Angel Lau; Sam Rudman; Robert Rothman; Blair Nicholas; Jonathan Uslaner; David Kaplan; Mark Lebovitch; Lawrence M. Rolnick; Marc B. Kramer; Thomas E. Redburn Jr; Michael J. Hampson; Robert Harwood; Samuel Rosen; Benjamin Sachs-Michaels
**Cc:** Beynon, Rebecca A.; Brad Oppenheimer
**Subject:** RE: Plaintiffs' RFPs to AR Capital defendants

Counsel,

Good speaking with you this afternoon. As we mentioned on the call, we wanted to let you know which custodians we anticipate searching for ESI in response to certain of plaintiffs' RFPs. We plan to use the following custodians:

Brian Block

Scott Bowman

Peter Budko

Brian Jones

William Kahane

Susan Manning

Nicholas Schorsch

Sathana Semonsky

Edward Weil

Regards,

Andy

---

**From:** Beynon, Rebecca A.
**Sent:** Monday, October 03, 2016 11:22 AM
**To:** 'Dan Drosman' <DanD@rgrdlaw.com>; Goldsmith, Andrew E. <agoldsmith@khhte.com>; Darren Robbins <DarrenR@rgrdlaw.com>; Dowd, Michael <miked@rgrdlaw.com>; Debra Wyman <DebraW@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Ashley Price <APrice@rgrdlaw.com>; Jennifer Caringal <JCaringal@rgrdlaw.com>; Angel Lau <ALau@rgrdlaw.com>; Sam Rudman <srudman@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Blair Nicholas <Blairn@blbglaw.Com>; Jonathan Uslaner <Jonathanu@blbglaw.Com>; David Kaplan <Davidk@blbglaw.Com>; Mark Lebovitch <MarkL@blbglaw.com>; Lawrence M. Rolnick <Lrolnick@lowenstein.Com>; Marc B. Kramer <mkramer@lowenstein.com>; Thomas E. Redburn Jr <tredburn@lowenstein.com>; Michael J. Hampson <Mhampson@lowenstein.Com>; Robert Harwood <Rharwood@hfesq.Com>; Samuel Rosen <srosen@hfesq.Com>; Benjamin Sachs-Michaels <Bsachsmichaels@hfesq.Com>
**Cc:** Oppenheimer, Bradley E. <boppenheimer@khhte.com>
**Subject:** RE: Plaintiffs' RFPs to AR Capital defendants

Dear Dan:

Andy is out of the office today, and so I'm writing to respond to your email. We are available for a call on Wednesday at 1:30ET/10:30PT. In the call, we'd like to discuss the ESI production that will be undertaken in response to the RFPs. A dial-in is below. We look forward to speaking with you.

Dial in: 800 769 2983
Password: 326 7934

Best regards,

Rebecca


==========================================
Rebecca A. Beynon
Kellogg, Huber, Hansen, Todd,
  Evans & Figel P.L.L.C.
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7934
E-mail: rbeynon@khhte.com

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.


**From:** Dan Drosman [mailto:DanD@rgrdlaw.com]
**Sent:** Friday, September 30, 2016 7:12 PM
**To:** Goldsmith, Andrew E. <agoldsmith@khhte.com>; Darren Robbins <DarrenR@rgrdlaw.com>; Dowd, Michael <miked@rgrdlaw.com>; Debra Wyman <DebraW@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Ashley Price <APrice@rgrdlaw.com>; Jennifer Caringal <JCaringal@rgrdlaw.com>; Angel Lau <ALau@rgrdlaw.com>; Sam Rudman <srudman@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Blair Nicholas <Blairn@blbglaw.Com>; Jonathan Uslaner <Jonathanu@blbglaw.Com>; David Kaplan <Davidk@blbglaw.Com>; Mark Lebovitch <MarkL@blbglaw.com>; Lawrence M. Rolnick

<Lrolnick@lowenstein.Com>; Marc B. Kramer <mkramer@lowenstein.com>; Thomas E. Redburn Jr <tredburn@lowenstein.com>; Michael J. Hampson <Mhampson@lowenstein.Com>; Robert Harwood <Rharwood@hfesq.Com>; Samuel Rosen <srosen@hfesq.Com>; Benjamin Sachs-Michaels <Bsachsmichaels@hfesq.Com>
**Cc:** Beynon, Rebecca A. <rbeynon@khhte.com>; Oppenheimer, Bradley E. <boppenheimer@khhte.com>
**Subject:** RE: Plaintiffs' RFPs to AR Capital defendants

Andy,

We aren't available for a call on Tuesday, but could meet on Wednesday at 10:30 a.m. Pacific time. If that works on your end, please circulate a dial-in number. It would also be helpful if you could let us know in advance of the call specifically what issues in plaintiffs' document requests you would like to discuss.

Best,

Dan

---

**From:** Goldsmith, Andrew E. [mailto:agoldsmith@khhte.com]
**Sent:** Friday, September 30, 2016 3:27 PM
**To:** Darren Robbins; Mike Dowd; Dan Drosman; Debra Wyman; Jessica Shinnefield; Ashley Price; Jennifer Caringal; Angel Lau; Sam Rudman; Robert Rothman; Blair Nicholas; Jonathan Uslaner; David Kaplan; Mark Lebovitch; Lawrence M. Rolnick; Marc B. Kramer; Thomas E. Redburn Jr; Michael J. Hampson; Robert Harwood; Samuel Rosen; Benjamin Sachs-Michaels
**Cc:** Beynon, Rebecca A.; Brad Oppenheimer
**Subject:** Plaintiffs' RFPs to AR Capital defendants

Counsel,

We'd like to schedule a meet and confer call to discuss plaintiffs' requests for production of documents directed to our clients, AR Capital, LLC, ARC Properties Advisors, LLC, Scott J. Bowman, Peter M. Budko, Brian D. Jones, William K. Kahane, and Edward M. Weil. How is 3 p.m. eastern on Tuesday, October 4?

Regards,

Andy

Andrew E. Goldsmith
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street, NW
Suite 400
Washington, D.C. 20036
Direct: (202) 326-7945
Fax: (202) 326-7999

The above communication contains information that may be confidential and/or privileged. Except for use by the

intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

| Search Terms - Date Range 7/1/11 through 3/31/15 |
|---|
| "Funds from op*" AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| FFO AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| AFFO AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| "Adj* funds" AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| ("net loss" w/15 NAREIT) AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| Restat* w/15 (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| (previously w/3 issued w/3 financial*) w/15 (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| (financial w/3 result*) w/5 (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| (10-Q* OR 10Q*) w/15 (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| (10-K* OR 10K*) w/15 (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| ("related party" or "related-party") w/15 (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| "Audit Committee" w/5 (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| ((Ernst w/3 Young) or "E&Y" or EY) w/5 (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| "Outperformance Plan" w/15 (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| OPP w/15 (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| (exec* w/3 (bonus* or comp*)) w/15 (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| (Equity w/3 incentive) w/15 (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| (internal w/3 control*) w/15 (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| (material w/3 weakness*) w/15 (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| ((senior w/3 notes) w/5 convertible w/5 3.0) AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |
| ((senior w/3 notes) w/5 "August 1" w/5 2018) AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |
| (Reopening w/5 notes) AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |
| "2018 notes" AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |
| ((senior w/3 notes) w/5 3.75 w/5 convertible) AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |
| ((senior w/3 notes) w/5 "December 15" w/5 2020) AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |
| "79.1 million shares" AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |
| "520.8 million shares" AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |
| "138 million shares" AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |
| (2.55B or (2.55 w/2 (b or bil*))) AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |
| (2.0 w/5 (senior w/3 notes)) AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |
| (3.0 w/5 (senior w/3 notes)) AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |
| (4.6 w/5 (senior w/3 notes)) AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |
| ((senior w/3 notes) w/5 "February 6" w/5 2017) AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |
| ((senior w/3 notes) w/5 "February 6" w/5 2019) AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |
| ((senior w/3 notes) w/5 "February 6" w/5 2024) AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |
| Restat* w/5 ((grant w/3 thornton) or GT or (ernst w/3 young) or "e&y" or "ey" or deloitte or "*@us.gt" OR "*ey.com" OR "*@arcpreit.com") |
| "previously issued financial*" AND ((grant w/3 thornton) or GT or (ernst w/3 young) or "e&y" or "ey" or deloitte or "*@us.gt" OR "*ey.com" OR "*@arcpreit.com") |
| (10-Q* OR 10Q) AND ((grant w/3 thornton) or GT or (ernst w/3 young) or "e&y" or "ey" or deloitte or "*@us.gt" OR "*ey.com" OR "*@arcpreit.com") |
| (10-K* OR 10K) AND ((grant w/3 thornton) or GT or (ernst w/3 young) or "e&y" or "ey" or deloitte or "*@us.gt" OR "*ey.com" OR "*@arcpreit.com") |

| |
|---|
| "Audit Committee" AND ((grant w/3 thornton) or GT or (ernst w/3 young) or "e&y" or "ey" or deloitte or "*@us.gt" OR "*ey.com" OR "*@arcpreit.com") |
| "Non-Controlling interest*" AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| "Noncontrolling interest*" AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| NCI AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| "Revenue item*" AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| "Run rat*" AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| (model* w/10 forecast*) AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| "*@fitchratings" AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| "*@fitchemail.fitchratings.com" AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| "*@ratingsinfo.standardandpoors.com" AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| "*@standardandpoors.com" AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| "*@moodys.com" AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| "out performance plan" w/15 (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| "out-performance plan" w/15 (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "*@arcpreit.com") |
| "Investor Day" AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |
| "REIT Forum" AND (ARCP* OR "American Realty Capital Prop*" OR "ARC Properties" OR "due diligence" OR "*@arcpreit.com") |