# Exhibit ARC-C

| | |
|---|---|
| **From:** | Beynon, Rebecca A. |
| **To:** | "Debra Wyman" |
| **Cc:** | Teresa Holindrake; Robert Rothman; Jessica Shinnefield; Mix, Lisa; Karen Cook; Blair Nicholas; Jonathan Uslaner; David Kaplan; Mark Lebovitch; Lawrence M. Rolnick; Marc B. Kramer; Thomas E. Redburn Jr; Michael J. Hampson; Robert Harwood; Samuel Rosen; Benjamin Sachs-Michaels; Goldsmith, Andrew E.; Oppenheimer, Bradley E.; Fording, Grace A.; Dan Drosman; Figel, Reid M. |
| **Subject:** | RE: American Realty Capital Properties, Inc. Litigation |
| **Date:** | Monday, November 07, 2016 11:05:18 AM |

Dear Debra:

Thanks for your email.  We wanted to raise one other point.  In your November 4, 2016 letter you stated that Plaintiffs believe that "the parties are at an impasse" with respect to Plaintiffs' request that our clients produce "subpoenas or document requests from the regulators," and you write that Plaintiffs "will be going to Judge Hellerstein on this issue."  Your correspondence does not correctly characterize what we told you in our call of November 2.  Rather, we advised you that we needed to discuss your request with our clients and that we will advise you of their position.  We hope to be able to let you know our position later this week.  We are continuing to evaluate the other matters addressed in your correspondence.

We reserve all rights with respect to these matters.  Please don't hesitate to let us know if you'd like to discuss any of the foregoing.

Best regards,
Rebecca

---

**From:** Debra Wyman [mailto:DebraW@rgrdlaw.com]
**Sent:** Friday, November 04, 2016 4:18 PM
**To:** Beynon, Rebecca A. <rbeynon@khhte.com>
**Cc:** Teresa Holindrake <tholindrake@rgrdlaw.com>; Robert Rothman <rrothman@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Mix, Lisa <lmix@rgrdlaw.com>; Karen Cook <KarenC@rgrdlaw.com>; Blair Nicholas <Blairn@blbglaw.Com>; Jonathan Uslaner <Jonathanu@blbglaw.Com>; David Kaplan <Davidk@blbglaw.Com>; Mark Lebovitch <MarkL@blbglaw.com>; Lawrence M. Rolnick <Lrolnick@lowenstein.Com>; Marc B. Kramer <mkramer@lowenstein.com>; Thomas E. Redburn Jr <tredburn@lowenstein.com>; Michael J. Hampson <Mhampson@lowenstein.Com>; Robert Harwood <Rharwood@hfesq.Com>; Samuel Rosen <srosen@hfesq.Com>; Benjamin Sachs-Michaels <Bsachsmichaels@hfesq.Com>; Goldsmith, Andrew E. <agoldsmith@khhte.com>; Oppenheimer, Bradley E. <boppenheimer@khhte.com>; Fording, Grace A. <gfording@khhte.com>; Dan Drosman <DanD@rgrdlaw.com>
**Subject:** RE: American Realty Capital Properties, Inc. Litigation

As we explained during the call, our position is that using limiters, as in the search terms you provided, exclude potentially relevant documents.  Once you have had an opportunity to consider our proposed search terms and run some test searches using them, I think it makes sense for us to have another discussion about this issue.

---

**From:** Beynon, Rebecca A. [mailto:rbeynon@khhte.com]

**Sent:** Friday, November 04, 2016 12:54 PM
**To:** Debra Wyman
**Cc:** Teresa Holindrake; Robert Rothman; Jessica Shinnefield; Lisa Mix; Karen Cook; Blair Nicholas;
 Jonathan Uslaner; David Kaplan; Mark Lebovitch; Lawrence M. Rolnick; Marc B. Kramer; Thomas E.
 Redburn Jr; Michael J. Hampson; Robert Harwood; Samuel Rosen; Benjamin Sachs-Michaels; Andrew
 Goldsmith; Brad Oppenheimer; Fording, Grace A.; Dan Drosman
**Subject:** Re: American Realty Capital Properties, Inc. Litigation

Thanks, Debra.  And just so we understand, is it Plaintiffs' position that they decline to provide terms
 that would limit the hits to documents that actually relate to ARCP (as opposed to other entities)?

On Nov 4, 2016, at 3:49 PM, Debra Wyman <DebraW@rgrdlaw.com> wrote:

> I understand the confusion.  That is our shorthand for the case internally.

> **From:** Beynon, Rebecca A. [mailto:rbeynon@khhte.com]
> **Sent:** Friday, November 04, 2016 12:48 PM
> **To:** Debra Wyman
> **Cc:** Teresa Holindrake; Robert Rothman; Jessica Shinnefield; Lisa Mix; Karen Cook; Blair
> Nicholas; Jonathan Uslaner; David Kaplan; Mark Lebovitch; Lawrence M. Rolnick; Marc B.
> Kramer; Thomas E. Redburn Jr; Michael J. Hampson; Robert Harwood; Samuel Rosen;
> Benjamin Sachs-Michaels; Andrew Goldsmith; Brad Oppenheimer; Fording, Grace A.; Dan
> Drosman
> **Subject:** Re: American Realty Capital Properties, Inc. Litigation

> Dear Debra –

> We will review your correspondence. However, as an initial matter, we
> wanted to check on the attachment. It is identified as search terms for
> ARCP.  Is this the document you intended to direct to us? As we pointed
> out in our call yesterday, any additional search terms will need to be run
> using terms that will limit the documents to those that relate to ARCP.


> Best regards,
> Rebecca

On Nov 4, 2016, at 2:40 PM, Debra Wyman <DebraW@rgrdlaw.com> wrote:

> Let's try this again with the attachment included.

> **From:** Debra Wyman
> **Sent:** Friday, November 04, 2016 11:09 AM
> **To:** Rebecca Beynon
> **Cc:** Teresa Holindrake; Robert Rothman; Jessica Shinnefield; Lisa Mix; Karen
> Cook; Blair Nicholas; Jonathan Uslaner; David Kaplan; Mark Lebovitch;
> Lawrence M. Rolnick; Marc B. Kramer; Thomas E. Redburn Jr; Michael J.
> Hampson; Robert Harwood; Samuel Rosen; Benjamin Sachs-Michaels;
> Andrew Goldsmith; Brad Oppenheimer; Fording, Grace A.; Dan Drosman
> **Subject:** RE: American Realty Capital Properties, Inc. Litigation

Rebecca,

Please see attached.  Thank you and have a good weekend.

Debra

**Debra J. Wyman**

655 West Broadway, Suite 1900
San Diego, CA  92101

Tel 619 231 1058  |  Fax 619 231 7423

---

**From:** Dan Drosman
**Sent:** Tuesday, November 01, 2016 8:01 AM
**To:** Beynon, Rebecca A.
**Cc:** Teresa Holindrake; Debra Wyman; Robert Rothman; Jessica Shinnefield; Lisa Mix; Karen Cook; Blair Nicholas; Jonathan Uslaner; David Kaplan; Mark Lebovitch; Lawrence M. Rolnick; Marc B. Kramer; Thomas E. Redburn Jr; Michael J. Hampson; Robert Harwood; Samuel Rosen; Benjamin Sachs-Michaels; Andrew Goldsmith; Brad Oppenheimer; Fording, Grace A.
**Subject:** Re: American Realty Capital Properties, Inc. Litigation

Rebecca,

We are available tomorrow (Nov. 2) at 3 pm Eastern for a call. We'll circulate a dial-in number later today.

Best,

Dan

On Nov 1, 2016, at 6:14 AM, Beynon, Rebecca A. <rbeynon@khhte.com> wrote:

> Dear Dan:
>
> We are available today (November 1) or tomorrow (November 2) at 2 or 3 pm ET to meet and confer with you. Please let us know what works for you.
>
> Best regards,

Rebecca

On Oct 28, 2016, at 7:27 PM, Teresa Holindrake
 <tholindrake@rgrdlaw.com> wrote:

> Dear Ms. Beynon:
>
> Attached please find a letter addressed to you
>  from Mr. Drosman.
>
> Thank you.
>
> **Teresa Holindrake**
> Legal Secretary
>
>
> |                                 |
>
> 655 West Broadway, Suite 1900
> San Diego, CA  92101
> Tel 619 231 1058  |  Fax 619 231 7423
>
> |_||_||_||_||_|

---

**From:** Beynon, Rebecca A.
 [mailto:rbeynon@khhte.com]
**Sent:** Thursday, October 27, 2016 8:43 AM
**To:** Dan Drosman; Debra Wyman; Robert
Rothman; Jessica Shinnefield; Lisa Mix; Karen
Cook; Blair Nicholas; Jonathan Uslaner; David
Kaplan; Mark Lebovitch; Lawrence M. Rolnick;
Marc B. Kramer; Thomas E. Redburn Jr; Michael
J. Hampson; Robert Harwood; Samuel Rosen;
Benjamin Sachs-Michaels; Teresa Holindrake
**Cc:** Andrew Goldsmith; Brad Oppenheimer;
Fording, Grace A.; Antonia M. Apps; Jonathan
Ohring
**Subject:** FW: American Realty Capital Properties,
Inc. Litigation

**Dear Daniel:**

**Please see the attached correspondence.**

**Best regards,**

**Rebecca**

==========================================

Rebecca A. Beynon
Kellogg, Huber, Hansen, Todd,
 Evans & Figel P.L.L.C.
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7934
E-mail: rbeynon@khhte.com

NOTICE:  This transmission is intended only for
the use of the addressee and may contain
information that is privileged, confidential and
exempt from disclosure under applicable law.
If you are not the intended recipient, or the
employee or agent responsible for delivering
the message to the intended recipient, you are
hereby notified that any dissemination,
distribution or copying of this communication
is strictly prohibited.  If you have received this
communication in error, please notify the
sender immediately via reply e-mail, and then
destroy all instances of this communication.
Thank you.

**From:** Teresa Holindrake
 <tholindrake@rgrdlaw.com>
**Date:** October 14, 2016 at 7:37:55 PM EDT
**To:** "Antonia M. Apps" <aapps@milbank.com>,
 Andrew Goldsmith <agoldsmith@khhte.com>
**Cc:** Dan Drosman <DanD@rgrdlaw.com>, Debra
Wyman <DebraW@rgrdlaw.com>, "Robert
Rothman" <rrothman@rgrdlaw.com>, Jessica
Shinnefield <jshinnefield@rgrdlaw.com>, Lisa
Mix <LMix@rgrdlaw.com>, Karen Cook
<KarenC@rgrdlaw.com>, Blair Nicholas
<Blairn@blbglaw.Com>, Jonathan Uslaner
<Jonathanu@blbglaw.Com>, David Kaplan
<Davidk@blbglaw.Com>, Mark Lebovitch
<MarkL@blbglaw.com>, "Lawrence M.
Rolnick" <Lrolnick@lowenstein.com>, "Marc B.
Kramer" <mkramer@lowenstein.com>,

"Thomas E. Redburn Jr"
<tredburn@lowenstein.com>, "Michael J.
Hampson" <Mhampson@lowenstein.Com>,
Robert Harwood <Rharwood@hfesq.Com>,
Samuel Rosen <srosen@hfesq.Com>, Benjamin
Sachs-Michaels <Bsachsmichaels@hfesq.Com>
**Subject: American Realty Capital Properties,
Inc. Litigation**

Dear Ms. Apps and Mr. Goldsmith:

Attached please find a letter
addressed to you from Mr.
Drosman.

Thank you.

**Teresa Holindrake**
Legal Secretary

655 West Broadway, Suite 1900
San Diego, CA  92101
Tel 619 231 1058 | Fax 619 231
7423

**NOTICE: This email message is for the sole
use of the intended
recipient(s) and may contain information
that is confidential and
protected from disclosure by the attorney-
client privilege, as
attorney work product, or by other
applicable privileges.  Any
unauthorized review, use, disclosure or
distribution is prohibited.
If you are not the intended recipient, please
contact the sender
by reply email and destroy all copies of the
original message.**

NOTICE: This email message is for the sole use of the
intended
recipient(s) and may contain information that is confidential
and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.
Any
unauthorized review, use, disclosure or distribution is
prohibited.
If you are not the intended recipient, please contact the
sender
by reply email and destroy all copies of the original

message.

<Letter to Rebecca Beynon.pdf>

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.

<1203834_1.pdf>

<Pltfs Preliminary Keyword Search Proposal to ARCP.PDF>

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.