UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ETON PARK FUND, L.P. and<br>ETON PARK MASTER FUND, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC. (n/k/a VEREIT, INC.), ARC PROPERTIES OPERATING PARTNERSHIP L.P. (n/k/a VEREIT OPERATING PARTNERSHIP, L.P.), AR CAPITAL LLC, NICHOLAS S. SCHORSCH, DAVID S. KAY, BRIAN S. BLOCK, LISA P. MCALISTER, LISA BEESON, EDWARD M. WEIL, PETER M. BUDKO, BRIAN D. JONES, WILLIAM M. KAHANE, LESLIE D. MICHELSON, WILLIAM G. STANLEY, EDWARD G. RENDELL, SCOTT J. BOWMAN, THOMAS A. ANDRUSKEVICH, and SCOTT P. SEALY, SR.,<br><br>Defendants. | Civil Action No.: 1:16-cv-09393-AKH |

## AMERICAN REALTY CAPITAL PROPERTIES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant American Realty Capital Properties, Inc. (n/k/a VEREIT, Inc.) ("ARCP") certifies that ARCP has no parent corporation and no publicly held corporation owns 10% or more of ARCP.

Dated: February 10, 2017
New York, New York

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/ Scott A. Edelman
    Scott A. Edelman
    Antonia M. Apps
    Jed M. Schwartz
    Jonathan Ohring
    28 Liberty Street
    New York, New York 10005
    Telephone: 212-530-5000
    Fax: 212-530-5219

*Attorneys for Defendant American Realty Capital Properties, Inc. (n/k/a VEREIT, Inc.)*